E-FILED
Thursday, 26 September, 2019  01:17:33 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

SETH ECKHARDT, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

  v.

STATE FARM BANK, F.S.B.,

    Defendant.

Case No. 18-cv-01180
Hon. Joe Billy McDade

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Seth Eckhardt, individually, and Defendant State Farm Bank, F.S.B., jointly stipulate that this action shall be dismissed with prejudice, with both parties to bear their own fees and expenses.

       Respectfully submitted,

Dated: September 26, 2019    PLAINTIFF SETH ECKHARDT

       By: */s/ David J. Harris, Jr.*
        David J. Harris, Jr.
        FINKELSTEIN & KRINSK LLP
        550 West C Street, Suite 1760
        San Diego, California 92101-3579
        Telephone: (619) 238-1333
        Facsimile: (619) 238-5425
        Email: djh@classactionlaw.com

       DEFENDANT STATE FARM BANK, F.S.B.

       By: */s/ David C. Blickenstaff*
        David C. Blickenstaff
        SCHIFF HARDIN LLP
        233 S. Wacker Drive, Suite 7100

2

Chicago, IL  60606
(312) 258-5500
(312) 258-5600 Facsimile
dblickenstaff@schiffhardin.com

Robert D. Boley
SCHIFF HARDIN LLP
350 S. Main Street, Suite 210
Ann Arbor, MI  48104
(734) 222-1500
(734) 222-1501 Facsimile
rboley@schiffhardin.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2019, I caused a copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ David J. Harris, Jr.*
David J. Harris, Jr.

3